IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:07-MJ-00089-SRW |
| | ) | |
| WILLIE JOE HALL | ) | |

### NOTICE OF WAIVER OF CONFLICT OF INTEREST

The undersigned Defendant, after being first advised of a conflict of interest between himself and a former Federal Defender client, and having fully discussed said conflict with undersigned counsel, hereby agrees to his representation in the above-stated matter by the Federal Defenders and waives the aforementioned conflict of interest.

_____
DEFENDANT

_____
ATTORNEY

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:07-MJ-00089-SRW |
| | ) | |
| WILLIE JOE HALL | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

A. Clark Morris, Esq., Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M