IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07mj89-SRW |
| | ) | |
| WILLIE JOE HALL | ) | |

## **ORDER**

Defendant in this case waived a preliminary hearing on October 12, 2007 (Doc. # 9) and October 16, 2007 (Doc. # 10). Based on the waivers of preliminary examination and the complaint, the Magistrate Judge concludes that there is probable cause to believe that the defendant committed the offense charged in the complaint. Therefore, it is

ORDERED that the defendant is bound over to the district court for further proceedings.

DONE, this 17th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE